YEAZELL v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO.

No. 9608; August 12, 1884.

4 Pac. 503.

Appeal.—A Judgment Entered by Consent in the Justice's Court is not appealable, and the superior court is authorized to dismiss such an appeal of its own motion.

Application for writ of review.

John Wade for petitioner.

By the COURT.—The application for the writ is denied. The appeal was taken from a judgment entered by consent in the justice's court, and the superior court was authorized to

dismiss the appeal of its own motion, on an inspection of the record. Such a judgment was not appealable. If the judgment was entered in the justice's court contrary to the stipulation, the remedy was by motion in that court.